UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BEI JING HAN TONG SAN KUN KE
JI YOU XIAN GONG SI,

    Plaintiff,

v.                                                Case No: 8:20-cv-2972-CEH-TGW

ATLANTIC MEDICAL PRODUCTS,
LLC,

    Defendant.
_____/

## ORDER

This cause comes before the Court on its Order, dated December 5, 2022, directing Plaintiff Bei Jing Han Tong San Kun Ke Ji You Xian Gong Si to show cause as to why its claims against Defendant Atlantic Medical Products, LLC, should not be dismissed for failure to prosecute (Doc. 68). Because Plaintiff has failed to respond to the Court's Order or obtain new counsel, his claims are due to be dismissed without prejudice.

## DISCUSSION

A district court may dismiss a plaintiff's claims pursuant to Rule 41(b) of the Federal Rules of Civil Procedure or the court's inherent authority to manage its docket. *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005). Under Rule 41(b), "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss this action or any claim against it." Fed. R.

Civ. P. 41(b). The Eleventh Circuit has recognized that a district court may dismiss an action *sua sponte* for the plaintiff's failure to prosecute his case or obey a court order under Rule 41(b). *Betty K Agencies, Ltd.*, 432 F.3d at 1337.

As discussed in this Court's December 5, 2022 Order, a corporation is required to have counsel in order to prosecute an action. *See* Doc. 68. The Court has afforded Plaintiff multiple opportunities to obtain new counsel. *See id.*; Doc. 62. In its December 5, 2022 Order, the Court cautioned that Plaintiff's failure to file a notice of appearance by new counsel within 30 days would result in the dismissal of its claims against Defendant without prejudice and without further notice. To date, Plaintiff has not filed a notice of appearance by new counsel, nor responded to the Court's Order. Plaintiff's claims are therefore due to be dismissed.

The Court reiterates, however, that the dismissal of Plaintiff's claims against Defendant does not result in the dismissal of Defendant's counterclaims against Plaintiff. Plaintiff is currently in default with respect to Defendant's counterclaims. *See* Docs. 55, 65, 68, 69, 70 (entering a Clerk's Default against Plaintiff as to the counterclaims).

Accordingly, it is **ORDERED**:

1. The Third Amended Complaint (Doc. 52) is dismissed without prejudice.

**DONE** and **ORDERED** in Tampa, Florida on January 27, 2023.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies furnished to: Counsel of Record; Unrepresented Parties